UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRANDE KLOSTER,**

        **Plaintiff,**

v.                                   **Case No. 6:23-cv-794-CEM-DCI**

**CLEAR BLUE INSURANCE COMPANY,**

        **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's Verified Supplemental Motion for Determination of Entitlement to and Award of Reasonable Attorneys' Fees and Costs ("Motion," Doc. 55). The United States Magistrate Judge issued a Report and Recommendation (Doc. 57), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 57) is **ADOPTED** and made a part of this Order.

2. Defendant's Verified Supplemental Motion for Determination of Entitlement to and Award of Reasonable Attorneys' Fees and Costs (Doc. 55) is **GRANTED**.

3. Defendant is awarded $36,324.50 in attorney fees and $2,693.00 in costs.

**DONE** and **ORDERED** in Orlando, Florida on April 30, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record